# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 18mj22128-WVG |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JUAN CARLOS GINES-HERNANDEZ, | |
| Defendant. | |

HAYES, Judge:

The matter before the Court is Defendant's motion for bail review (ECF No. 14).

## FACTUAL BACKGROUND

Plaintiff United States charges Defendant with misdemeanor illegal entry in violation of 8 U.S.C. § 1325. At the first appearance, the Magistrate Judge ordered the Defendant released on a $1,000 personal appearance bond secured by a $100 cash deposit. The Magistrate Judge required that Defendant be release to a third-party custodian. Defendant posted bond and identified a potential third-party custodian. The Magistrate Judge found the third-party custodian was not appropriate in this situation.

On October 24, 2018, Defendant moved this Court to review the decision of the Magistrate Judge not to approve the third-party custodian. Defendant asserts that the third-party custodian has made the required showing that he would report violations and reasonable assure Defendant's appearance in court. Defendant asserts that the third-party custodian is a trustworthy custodian and not a surety. Plaintiff United States opposes review the decision of the Magistrate Judge not to approve the third-party

1 | custodian. Plaintiff United States asserts that the third-party custodian does not appear to have a relationship with the Defendant that would constitute reasonable assurance that Defendant would make his court appearances.

On November 5, 2018, this Court held a hearing to review Defendant's request for review bail.

**RULING OF THE COURT**

18 U.S.C. §3142(c)(1)(B)(i) provides,

> Release on conditions.--(1) If the judicial officer determines that the release described in subsection (b) of this section will not reasonably assure the appearance of the person as required or will endanger the safety of any other person or the community, such judicial officer shall order the pretrial release of the person–
>
> . . .
>
> (B) subject to the least restrictive further condition, or combination of conditions, that such judicial officer determines will reasonably assure the appearance of the person as required and the safety of any other person and the community, which may include the condition that the person--
> (i) remain in the custody of a designated person, who agrees to assume supervision and to report any violation of a release condition to the court, if the designated person is able reasonably to assure the judicial officer that the person will appear as required and will not pose a danger to the safety of any other person or the community;

18 U.S.C. §3142(c)(1)(B)(i). The Court has reviewed the filings of the parties, and the transcript of the proceeding in front of the Magistrate Judge. The record indicates that the third-party custodian was willing and able to carry out the statutory responsibilities under § 3142(c)(1)(B)(i).

IT IS HEREBY ORDERED that the motion for bail review to allow the third-party custodian to serve (ECF No. 14) is granted. The case shall be returned to the Magistrate Judge for further proceedings.

DATED: November 5, 2018

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge